IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHIOS ISLAND SHIPPING & TRADING S.A., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-2766 |
| MGI MARINE, LLC, B.L. DARNELL, her engines, tackle, etc., in rem, and CHERYL K, LLC, in personam, | § § § § § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 7, 2013, and the objections and responses filed thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this **6th** day of November, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE